**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BOBETTE PRICE,

                    Plaintiff,                          19 **CIVIL** 8499 (JPO)

        -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons

set forth in the Court's Opinion and Order dated March 31, 2021, Plaintiff's motion for judgment

on the pleadings is GRANTED, and the Commissioner's cross-motion for judgment on the

pleadings is DENIED. The case is hereby remanded to the Commissioner for further

proceedings; accordingly, this case is closed.

**Dated:** New York, New York
       March 31, 2021


                            **RUBY J. KRAJICK**
                    _____
                            **Clerk of Court**
**BY:**   K. Mango
                    _____
                          **Deputy Clerk**